# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CENTRAL DIVISION

| | |
|---|---|
| JOLI ENTERPRISES INC., A California Corporation doing Business as PATRIOT IMAGING, <br><br> Plaintiff <br><br> vs. <br><br> PATRIOT IMAGING CORPORATION, A California Corporation; And DOES 1 THROUGH 10, Inclusive, <br><br> Defendants | CASE NO.: CV12-10459 GAF(FFMx) <br><br> **[Assigned to U. S. District Judge Gary A. Feess]** <br><br> **JUDGMENT** |

After reviewing Plaintiff's Motion for Default Judgment against Defendant Patriot Imaging Corporation on August 14, 2013, JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF as follows:

The following relief is warranted: an injunction against Defendant and its officers, representatives, agents, servants, and all parties in privity with Defendant, enjoining them from:

1. Committing any further acts of trademark infringement against Plaintiff;
2. Using any term that is likely to be confused with the Patriot Imaging tradename;
3. Representing directly or indirectly in any product is associated with or approved by Plaintiff, when in fact it is not; and
4. Passing off or inducing or enabling other to sell or pass off any non-Patriot Imaging products or services as a Plaintiff's product or service or as a product or service endorsed by Plaintiff.
5. That Plaintiff is awarded $450.00 in costs.

Dated: August 22, 2013

By: _____
Honorable Gary A. Fees
U.S. District Court Judge